**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-1450**

───────────

In Re:  ANNIE R. SMITH, on behalf of A. T. (minor),

                    Petitioner.

───────────

On Petition for Writ of Mandamus.  (3:07-cv-00371-RJC-DCK)

───────────

Submitted:  June 1, 2010                    Decided:  June 10, 2010

───────────

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Annie R. Smith, Petitioner Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annie R. Smith, acting as guardian ad litem for her grandson, petitions for a writ of mandamus seeking reconsideration of several district court orders and our opinion dismissing her consolidated appeals, as well as a state child custody decree. We conclude that Smith is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007). This court does not have jurisdiction to grant mandamus relief against state officials, Gurley v. Superior Court of Mecklenburg County, 411 F.2d 586, 587 (4th Cir. 1969), and does not have jurisdiction to review final state court orders, D.C. Court of Appeals v. Feldman, 460 U.S. 462, 482 (1983).

The relief sought by Smith is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and

2

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED